**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.  M-12-1723** |
| | § | |
| **DANIEL SEGOVIA PLATA, ET AL.** | § | |
| **also known as "Negro"** | § | |

## ORDER

HAVING CONSIDERED the Government's Motion to Unseal the Indictment, and finding it to be meritorious, it is hereby

ORDERED that the Indictment number M-12-1723 be Unsealed.

Signed at McAllen, Texas this the _____30th_____ day of May, 2013.

MICAELA ALVAREZ
JUDGE PRESIDING